FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIK SANDOVAL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SPOKANE COUNTY, MR. SPARBER, CHAPLAIN, SGT PURCELL, MR. SCOTT, OFFICER SMITH, and LT WIRTH,<br><br>　　　　　　Defendants. | No.   2:22-cv-00085-MKD<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH *IN FORMA PAUPERIS* AND FILING FEE REQUIREMENTS AND FEDERAL RULE OF CIVIL PROCEDURE 11(a) |

Plaintiff Erik Sandoval, a prisoner at the Spokane County Detention Services, filed this *pro se* civil rights complaint on April 11, 2022, along with three other plaintiffs in Case No. 2:22-CV-00066-MKD.  ECF No. 1.  On April 25, 2022, this Court directed the Clerk of Court to sever the case and ordered the plaintiffs to proceed in four separate civil actions.  No. 2:22-CV-00066-MKD, ECF No. 13.  Plaintiff did not pay the filing fee to commence this action as required by 28 U.S.C. § 1914, nor did he seek leave to proceed *in forma pauperis*.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH *IN FORMA PAUPERIS* AND FILING FEE REQUIREMENTS AND FEDERAL RULE OF CIVIL PROCEDURE 11(a) - 1

1    By letter dated April 11, 2022, the Clerk of Court advised Plaintiff that he
2  needed to complete and file a Declaration and Application to Proceed *in forma*
3  *pauperis* and supplied him with the form. No. 2:22-CV-00066-MKD, ECF No. 9.
4  The Clerk of Court advised Plaintiff that he also needed to provide a statement of
5  his inmate account for the six months immediately preceding the submission of
6  his complaint (also known as a "PLRA statement"). *Id*. In the alternative, the
7  Clerk of Court directed Plaintiff to pay the full $402 filing fee ($350 filing fee,
8  plus $52 administrative fee) to commence this action. *Id*. Further, the Clerk of
9  Court instructed Plaintiff that, consistent with Rule 11, Federal Rules of Civil
10 Procedure, he needed to sign and resubmit only the signature page of his
11 Complaint. *Id*. The Clerk of Court supplied Plaintiff with a copy of the signature
12 page. No. 2:22-CV-00066-MKD, ECF No. 9-1 at 1.
13    On May 19, 2022, this Court ordered Plaintiff to either complete and file a
14 Declaration and Application to Proceed *in forma pauperis* and submit a certified
15 statement of his inmate account for the six-month period immediately preceding
16 April 11, 2022, or pay the full $402.00 filing fee. ECF No. 3 at 3. This Court also
17 ordered Plaintiff to sign and resubmit only the signature page of his
18 Complaint. *Id*. Plaintiff was cautioned that failure to do either within 30 days of
19 the date of the Order would result in the dismissal of this case. *Id*. Plaintiff did
20

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH *IN FORMA PAUPERIS* AND FILING FEE REQUIREMENTS AND FEDERAL RULE OF CIVIL PROCEDURE 11(a) - 2

not comply with these directives and has filed nothing further.  Therefore, it appears that Plaintiff has abandoned this litigation.

Accordingly, **IT IS ORDERED:**

1. For the reasons set forth above and in the Court's prior Order, ECF No. 3, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915, and for failure to comply with Federal Rule of Civil Procedure 11.

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order, **enter judgment**, provide copies to Plaintiff at his last known address, and **CLOSE** the file.

**DATED** June 22, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH *IN FORMA PAUPERIS* AND FILING FEE REQUIREMENTS AND FEDERAL RULE OF CIVIL PROCEDURE 11(a) - 3