AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 22, 2022**

SEAN F. McAVOY, CLERK

ERIK SANDOVAL,

*Plaintiff*

v.

SPOKANE COUNTY, MR. SPARBER, CHAPLAIN, SGT PURCELL, MR. SCOTT, OFFICER SMITH, and LT WIRTH,

*Defendant*

Civil Action No. 2:22-cv-00085-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee and in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915; The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke.

Date: 06/22/2022

*CLERK OF COURT*

SEAN F. McAVOY

Mishani Jack-Gonzalez
*(By) Deputy Clerk*

Mishani Jack-Gonzalez